# *EXHIBIT C*



PATZIK, FRANK & SAMOTNY LTD.
ATTORNEYS AT LAW

6/10

Jordan Herzog
(312) 551-3075
jherzog@pfs-law.com
Refer to: 4506-028

May 21, 2010

**VIA FEDEX**

Bryan R. Bagdady, Esq.
BRYAN R. BAGDADY, P.C.
1834 Walden Office Square, Suite 500
Schaumburg, Illinois 60173

Re:   Infringement of Federally Registered
      SALON SELECTIVES Trademarks by Almar Sales Co., Inc.

Dear Mr. Bagdady:

As you know, our firm represents Salon Selectives LLC of Oak Brook, Illinois ("SSL") Salon Selectives is the owner of United States trademark registrations for SALON SELECTIVES in association with a variety of hair care products, including hair shampoo and hair conditioner (U.S. Reg. No. 1,479,236, attached hereto as Exhibit A); hair spray and hair mousse (U.S. Reg. No. 1,479,244, attached hereto as Exhibit B); and hair sculpting gel (U.S. Reg. No. 1,523,097, attached hereto as Exhibit C. The foregoing registrations are collectively referred to as the "Salon Selectives Trademarks".

SSL, its predecessors in interest, and/or their licensees have been using one or more of the Salon Selectives Trademarks in connection with hair care products since at least as early as 1986. As a result of their substantial and lengthy use, the Salon Selectives Trademarks have become and are well known amongst the public as identifiers of high quality hair care products. Consumers rely upon the Salon Selectives Trademarks when deciding which hair care products to purchase. SSL accordingly considers the Salon Selectives Trademarks to be extremely valuable assets of the company.

SSL informs us that Almar Sales Co, Inc. ("Almar") is, entirely without authorization, distributing and selling a variety of hair brushes and hair combs bearing a SALON SELECTIVES designation. Photographs of such hair brush and hair comb products of Almar are attached hereto as Exhibits D and E, respectively. As a result of Almar's unauthorized usage of a SALON SELECTIVES designation on its hair care products and accessories, purchasers and prospective purchasers of Almar's products are led to believe that they are purchasing genuine, authorized high quality products of SSL when, in fact, they are not. Indeed, as shown in the

150 South Wacker Drive · Suite 1500
Chicago, Illinois 60606
Tel. (312) 551.8300 Fax. (312) 551.1101

www.pfs-law.com



PATZIK, FRANK & SAMOTNY LTD.
ATTORNEYS AT LAW

Bryan R. Bagdady, Esq.
May 21, 2010
Page 2

photograph of Almar's product packaging attached hereto as Exhibit F, Almar goes to so far as to falsely represent to the public that its use of a SALON SELECTIVES designation on these products is pursuant to license from SSL's predecessor in interest to the Salon Selectives Trademarks.

Almar's unauthorized use of the Salon Selectives Trademarks comprises acts of illegal trademark infringement, false designation of origin, and unfair competition in violation of the Federal Lanham Act, 15 U.S.C. §1114 and §1125; as well as violations of various state statutes and the common law. Such conduct can subject Almar and individuals actively involved in such conduct to liability for monetary damages and injunctive relief, including, but not limited to, a disgorgement of all of Almar's profits from sales of infringing products, and the impounding and destruction of all infringing products. Moreover, if such conduct is found to be willful by a judge or jury, as we believe it will, Almar may be liable for enhanced, trebled damages, as well as SSL's reasonable attorneys' fees.

Therefore, on behalf of Salon Selectives LLC, we demand that Almar Sales Co, Inc. immediately:

1. recall all infringing products bearing a SALON SELECTIVES designation from Almar's customers;

2. forward all of Almar's current inventory of products bearing a SALON SELECTIVES designation and all recalled products to our office;

3. cease all other usage of any SALON SELECTIVES designation;

4. agree not to use any SALON SELECTIVES designation in the future; and

5. provide us with an accounting, in units and dollars, of all products sold by Almar in association with a SALON SELECTIVES designation. This accounting is required in order for SSL to formulate an appropriate monetary demand.



PATZIK, FRANK & SAMOTNY LTD.
ATTORNEYS AT LAW

Bryan R. Bagdady, Esq.
May 21, 2010
Page 3

We await your written response within seven (7) days of your receipt of this letter.  SSL reserves all of its rights, remedies and causes of action, in the event that an amicable resolution is not promptly reached.

Very truly yours,

PATZIK, FRANK & SAMOTNY LTD.

Jordan Herzog

JH/dmn
Enclosures

Int. Cl.: 3

Prior U.S. Cls.: 51 and 52

**United States Patent and Trademark Office**

Reg. No. 1,479,236
Registered Mar. 8, 1988

## TRADEMARK
### PRINCIPAL REGISTER

### SALON SELECTIVES

HELENE CURTIS, INC. (ILLINOIS CORPORA-
TION)
325 NORTH WELLS STREET
CHICAGO, IL 60610

FOR: HAIR SHAMPOO AND HAIR CONDI-
TIONER, IN CLASS 3 (U.S. CLS. 51 AND 52).
FIRST USE 6-11-1986; IN COMMERCE
6-11-1986.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SALON", APART FROM THE
MARK AS SHOWN.

SER. NO. 607,222, FILED 6-30-1986.

MICHELLE S. WISEMAN, EXAMINING AT-
TORNEY

EXHIBIT A

Int. Cl.: 3

Prior U.S. Cl.: 51

## United States Patent and Trademark Office

Reg. No. 1,479,244
Registered Mar. 8, 1988

### TRADEMARK
### PRINCIPAL REGISTER

## SALON SELECTIVES

HELENE CURTIS, INC. (ILLINOIS CORPORA-
TION)
325 NORTH WELLS STREET
CHICAGO, IL 60610

FOR: HAIR SPRAY, HAIR COLORING PREP-
ARATION, HAIR MOUSSE, HAIR PERMA-
NENT WAVING LOTIONS AND NEUTRALIZ-
ERS, IN CLASS 3 (U.S. CL. 51).

FIRST USE 11–18–1986; IN COMMERCE
11–18–1986.
NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SALON", APART FROM THE
MARK AS SHOWN.

SER. NO. 641,581, FILED 1–28–1987.

MICHELLE S. WISEMAN, EXAMINING AT-
TORNEY

EXHIBIT B

Int. Cl.: 3

Prior U.S. Cl.: 51

**United States Patent and Trademark Office**

Reg. No. 1,523,097
Registered Feb. 7, 1989

## TRADEMARK
### PRINCIPAL REGISTER

## SALON SELECTIVES

HELENE CURTIS, INC. (ILLINOIS CORPORA-
TION)
325 NORTH WELLS STREET
CHICAGO, IL 60610

FOR: HAIR SCULPTING GEL, IN CLASS 3
(U.S. CL. 51).

FIRST USE 11–4–1987; IN COMMERCE
11–4–1987.

OWNER OF U.S. REG. NOS. 1,479,236 AND
1,479,244.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SALON" , APART FROM THE
MARK AS SHOWN.

SER. NO. 695,670, FILED 11–16–1987.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

EXHIBIT C



EXHIBIT D



EXHIBIT E



EXHIBIT F